RECEIVED
SDNY PRO SE OFFICE
2021 DEC 13 AM 10: 08

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x

Stanley Holmes,
Full name of plaintiff/prisoner ID# 16A2942

Plaintiff,

JURY TRIAL DEMAND
YES ✓ NO ____

-against-

City of NewYork

Enter full names of defendants
[Make sure those listed above are identical to those listed in Part III.]

Defendants.
---------------------------------------------------x

I. Previous Lawsuits:

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: ____________________

Defendants: ____________________

2. Court (if federal court, name the district; if state court, name the county)
NYC. STATE COURT

3. Docket Number: 05650-2010

4. Name of the Judge to whom case was assigned: Later Determined

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
CRIMINAL CASE WAS dismissed.

6. Approximate date of filing lawsuit: December 5th 2021

7. Approximate date of disposition: September 14th 2021

II. Place of Present Confinement: Great Meadow C.F.

A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (X)

C. If your answer is YES,

1. What steps did you take? ______

2. What was the result? ______

D. If your answer is NO, explain why not ______

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is YES, Not Applical.

1. What steps did you take? ______

2. What was the result? ______

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff MR. STANley Holmes

Address Great Meadow C.F. PoBox 51, Comstock N.Y. 12821-0051

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1 New York City, City of New York.

Defendant No. 2 ______

Defendant No. 3 ______

Defendant No. 4 ______

Defendant No. 5 ______

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

I WAS Arrested for C.P.W. 2nd Degree, Resulted from A Car stop. I Had Four criminal Trials Dealing with This CASE, Four Appellate Judges AGree This CASE should HAve Been Reversed, AS A Result The criminal Possesion of A weapon HAS Been dismissed By The Supreme court on September 14th 2021.

IV. A If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

V. Relief:

State what relief you are seeking if you prevail on your complaint.

Compation of Time, Due to Criminal Case Before And After Trial, Compensation - Lost of Liberty, Lost of Life Time Effort, To Be Successful, Continue to ForFill The American Dream.

I declare under penalty of perjury that on Dec. 6. 2021 (Date), I delivered this complaint to prison authorities to be mailed to the United States District Court for the Southern District of New York. of 500-Pearl Street N.Y.C. 10007-1312

Signed this Fifth 5 day of December, 2021. I declare under penalty of perjury that the foregoing is true and correct.

[signature]
Signature of Plaintiff

Greatmeadow C.F
Name of Prison Facility

Comstock. N.Y. 12821-0051

Address

16A2942
Prisoner ID#

TO: Whom iT May Concern.

From: Mr. STANley Holmes # 16A2942

Date: 12-6-21

Please Re:

my Name is Mr. STANley Holmes And I Am Currently Held AT A GreatMeadow C.F..
I WAS iN The CRiminAL Court AS OF 9-14-21, My Criminal case WAS dismissed By the Supreme COURT,
However, The Ind. 05650-2010 C.P.W. 2nd Degree WAS Dismissed.
So my understanding The Pro-se unit is Located in This US. Court.
AS A Laymen Person I Needed to Know if i could File Through This court, The US. Court.

The Problem since This case WAS Dismissed, unsure if I Have to File with The City of New york Also The Supreme US. DiSTRicT COURT?

The GreatMeadow C.F. HAS Been closed, Meaning NO Access to The Law Library, No Access to The Mail Box AS to The Higher Security Responding to our Letters, - Grievance offices Do Not Respond period. Letters Are Missing - once The Grievance Representive comes Around - They say oh Drop us A Slip - For A call out - I Have made Several Complaints to The Deputy of Programs - The Deputy of Security, And Recieve No Responce to Complaints ETC.

I'm Asking if The court CAN see my Envelope Stamped Before The Timely Manner to Be sure This WAS Recieved By The court.

The LAW LiBRARY GAVE Me These FORMS - iN which Ive SenT ON Time iN Hopes THe COURT CAN See Im TRying to FiLe ON TiMe, The 9-14-21, to 12-14-21 ALSO Please iF Ive DONE Something wrong please MAKE me A Proper 1983 FORM So I Could RETURN iT By THe 90 DAY.

Thankyou.

[signature]

1642442.


Great Meadow Correctional Facility
P.O. Box 51
Comstock, New York, 12821-0051
Stanyen Holmes # 16A2942
RECEIVED
SDNY PRO SE OFFICE
2021 DEC 13 AM 9:59
Great Meadow
Correctional Facility
NEOPOST
12/07/2021
US POSTAGE
$001.96
FIRST-CLASS MAIL
ZIP 12821
041M11283103
Daniel Patrick U.S. Court.
500-Pearl St Court House
New York City, New York 10007.
Pro-se Unit.
LEGAL MAIL
SDNY
RECEIVED
DEC 09 2021
CLERK'S OFFICE
S.D.N.Y.
Pro Se
JKR