UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STANLEY HOLMES,                                        :
                                                                        :   ORDER
                        Plaintiff,                             :   21 Civ. 10628 (VEC) (GWG)
                                                                        :
        -v.-                                                        :
                                                                        :
CITY OF NEW YORK et al.,                          :
                                                                        :
                        Defendants.                       :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The New York City Law Department has requested a 60-day extension of time for Vanwieren-Johnson to respond to the complaint. (Docket # 20). Plaintiff consents to the request. Id. The Law Department also notes that it is endeavoring to obtain a service address for Pena. Id.

      Accordingly, Vanwieren-Johnson's deadline to respond to the complaint is extended to October 24, 2022. Additionally, on or before September 26, 2022, the Law Department shall file a letter updating the Court on its efforts to obtain a service address for Pena.

      SO ORDERED.

Dated: August 25, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge