UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
STANLEY HOLMES,                                 :
                                                :     ORDER OF SERVICE
                Plaintiff,                      :     21 Civ. 10628 (VEC) (GWG)
                                                :
        -v.-                                    :
                                                :
CITY OF NEW YORK et al.,                        :
                                                :
                Defendants.                     :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

On April 11, 2022, Judge Caproni issued an Order of Service directing the U.S. Marshals Service ("USMS") to serve individual defendants James Trapasso, Amanda Vanwieren-Johnson, and Ralph Pena.[1] (Docket # 12). The deadline for service expired on July 11, 2022. Id. To date, no proof of service has been filed with respect to Trapasso. On August 25, 2022, the New York City Law Department filed a letter representing that the previously provided service address for Trapasso was incorrect. (Docket # 20). The proper service address for Trapasso is One Police Plaza, Room 110a, New York, New York 10038. Id.

In light of this new information and pursuant to Fed. R. Civ. P. 4(m), the Court extends the deadline for service to November 23, 2022.[2]

Because plaintiff has been granted permission to proceed in forma pauperis, he is entitled to rely on USMS for service of process. Accordingly, to allow Plaintiff to effect service on Trapasso through USMS, the Clerk of Court is instructed to fill out at U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Trapasso. The Clerk of Court is further instructed to issue a summons and deliver to USMS all the paperwork necessary for USMS to effect service upon Trapasso.

---

[1] By separate Order issue today, the Court extended the deadline for Vanwieren-Johnson to respond to plaintiff's complaint and directed the Law Department to provide a status update no later than September 25, 2022 regarding its efforts to obtain a service address for Pena.

[2] If plaintiff seeks an extension of time to serve Pena, plaintiff (who is now represented by counsel) should submit an application to the Court regarding such an extension once the Law Department has provided a service address for Pena.

The service address for Trapasso is as follows:

James Trapasso
One Police Plaza, Room 110a,
New York, New York 10038

SO ORDERED.

Dated: August 25, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge