# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

Glenn D. Miller
Edward Sivin*
David Roche

---------------
*also member of NJ Bar

November 9, 2023

Phone: (212) 349-0300
Fax:   (212) 406-9462

**MEMORANDUM ENDORSED**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Stanley Holmes v. City of New York, et al.
Case No. 21 Civ. 10628 (VEC)(GWG)

Your Honor:

The undersigned represents Plaintiff in the above matter. I write, with the consent of defense counsel Thomas Lai, to request that the discovery deadlines set forth in this Court's January 26, 2023 Scheduling Order, Dkt. No. 50, be extended for a period of ninety days. Specifically, it is requested that the completion of all discovery be extended from November 30, 2023 to March 1, 2024, any application to enlarge the discovery schedule to allow for expert disclosures be extended from November 16, 2023 to February 16, 2024, and that any requests for permission to make a summary judgment motion be extended from November 30, 2023 to March 1, 2024.

This is the first such request for an extension of the discovery deadlines.

This extension is requested due to a number of factors, including our having to respond to summary judgment motions that were filed in other cases after the Scheduling Order in this case was issued, and the withdrawal from this case on July 28, 2023 by an attorney formerly associated with our firm (*see* Dkt. No. 51). Additionally, defense counsel has advised me that the New York State criminal court from which Defendants requested records relating to the issues in this case has rejected a authorization for release of those records supplied by Plaintiff, and is requesting another authorization. Finally, the parties are in the process of working out a stipulation regarding Defendants' production of certain confidential records.

Thank you for your consideration.

Very truly yours.

Edward Sivin

The proposed schedule is approved.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

November 13, 2023