# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

**Glenn D. Miller**
**Edward Sivin***
**David Roche**

March 28, 2024

Phone: (212) 349-0300
Fax:   (212) 406-9462

---

*also member of NJ Bar

## MEMORANDUM ENDORSED

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Stanley Holmes v. City of New York, et al.
Case No. 21 Civ. 10628 (VEC)(GWG)

Your Honor:

The undersigned represents Plaintiff in the above matter. I write, with the consent of defense counsel, KellyAnne Holohan, and after consulting with the Court's Deputy Clerk, to request that the mediation currently scheduled for April 18, 2024 be adjourned to May 9, 2024 at 2:30 p.m. As I advised the Court, Plaintiff is scheduled to make an appearance in Criminal Court on April 18, and therefore cannot be available for the April 18 mediation.

Thank you for your consideration.

Very truly yours.

Edward Sivin

ES/lo

The application to adjourn the settlement conference to May 9, 2024, at 2:30 p.m. is granted. Submissions are due May 3, 2024. The dial-in information is the same as previously supplied to counsel by email earlier this week. Plaintiff's counsel is reminded that they are responsible for ensuring that the jail is aware of the time and date of the conference, for arranging logistically for the plaintiff to dial in (or to patch plaintiff in through a 3-way call), and for seeking any written order that may be required for the plaintiff's participation. Defendants' counsel shall assist plaintiff's counsel in these efforts.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

April 1, 2024