

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KELLYANNE HOLOHAN**
*Senior Counsel*
E-mail:kholohan@law.nyc.gov
Phone: (212) 356-2249
Fax: (212) 356-3509

March 25, 2024

**VIA ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

# MEMORANDUM ENDORSED

          Re:    *Holmes v. Trapasso, et al.,* 21-CV-10628 (VEC)(GWG)

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York assigned to the defense of the above referenced matter. Defendants write to respectfully request that the Court grant a brief adjournment of the settlement telephone conference currently scheduled for May 9, 2024 to May 29, 2024[1] at 10:30 by telephone conference. Counsel for Plaintiff does not oppose this request. This is the first request on behalf of defendants only, previously the parties jointly requested an adjournment of the settlement conference.

      The undersigned apologizes to Court and counsel.  Due to an error made in her calendar, she will need additional time to obtain authority to participate in the settlement conference.

      Accordingly, defendants respectfully request that the Court grant a brief adjournment of the settlement telephone conference currently scheduled for May 9, 2024 to May 29, 2024 at 10:30 am by telephone conference.

---

[1] Pursuant to Section 1F of Your Honors' Individual Practices, the undersigned conferred with the Court's deputy to confirm the Court's availability for this date and time.

Defendants thank you for your consideration herein.

Respectfully submitted,

/s/ *KellyAnne Holohan*
KellyAnne Holohan
Special Federal Litigation Division

To: **VIA ECF**
*All counsel of record*

The application to adjourn the settlement conference to May 29, 2024, at 10:30 a.m. is granted. Submissions are due May 22, 2024. The dial-in information is the same as previously supplied to counsel by email. Plaintiff's counsel is reminded that they are responsible for ensuring that the jail is aware of the time and date of the conference, for arranging logistically for the plaintiff to dial in (or to patch plaintiff in through a 3-way call), and for seeking any written order that may be required for the plaintiff's participation. Defendants' counsel shall assist plaintiff's counsel in these efforts.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

May 6, 2024