UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STANLEY HOLMES,

                      Plaintiff,                    21-CV-10628 (VEC) (GWC)

         -against-                      **ORDER**

CITY OF NEW YORK, et al.,

                      Defendants.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      This case remains referred to Judge Gorenstein for general pretrial purposes, but the undersigned will be presiding over the settlement conference in this matter. The date and time of the settlement conference will remain the same. Plaintiff's counsel is reminded that they are responsible for ensuring that the jail is aware of the time and date of the conference, for arranging logistically for the plaintiff to dial in (or to patch plaintiff in through a 3-way call), and for seeking any written order that may be required for the plaintiff's participation. Defendants' counsel shall assist plaintiff's counsel in these efforts.

      SO ORDERED.

DATED:      New York, New York
                  May 15, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge