UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STANLEY HOLMES,

                              Plaintiff,                        21-CV-10628 (VEC) (GWC)

                 -against-                             **ORDER**

CITY OF NEW YORK, et al.,

                             Defendants.

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter before the undersigned will now take place on **Monday, June 17, 2024, at 10:00 a.m.** The Court will send the parties Judge Figueredo's Teams information one week prior to the conference. Plaintiff's counsel is reminded that they are responsible for ensuring that the jail is aware of the time and date of the conference, for arranging logistically for the plaintiff to dial in (or to patch plaintiff in through a 3-way call), and for seeking any written order that may be required for the plaintiff's participation. Defendants' counsel shall assist plaintiff's counsel in these efforts.

      The parties are directed to follow Judge Gorenstein's individual rules concerning settlement conferences, which include the parties sharing their pre-conference submissions with one another.

      SO ORDERED.

DATED:    New York, New York
                May 29, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge