UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STANLEY HOLMES                                    :

        Plaintiff,            :        <u>ORDER</u>

-v.-                                                              :
                                                              21 Civ. 10628 (VEC) (GWG)
CITY OF NEW YORK,                                :

        Defendant.          :
----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The deadline for all discovery and for the filing of a letter requesting permission to make a summary judgment motion having expired (see Docket # 67), the parties shall begin immediately the joint preparation of the materials required by Sections 8.D, 8.E and 8.F of Judge Caproni's Individual Practices. The materials required by those paragraphs shall be filed on or before July 23, 2024.

       SO ORDERED.

Dated: July 2, 2024
       New York, New York

                                                                        _____
                                                                        GABRIEL W. GORENSTEIN
                                                                        United States Magistrate Judge