UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STANLEY HOLMES                                    :

          Plaintiff,                    :    <u>ORDER</u>

  -v.-                                                       :
                                                          21 Civ. 10628 (VEC) (GWG)
CITY OF NEW YORK,                              :

          Defendant.                 :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Local Civil Rule 6.1(b)(1) and (2) presumes that 14 days will be sufficient for a party to file opposition to a motion for summary judgment and that any reply will be filed in 7 days. Here, the schedule proposes that the opposition to the motion for summary judgment (Docket # 86) be filed more than two and a half months (78 days) after the filing of the motion and that the reply will be filed nearly a month (29 days) later. In the Court's recollection, this schedule far exceeds any schedule parties have proposed in the past. Moreover, the memorandum of law in support of the motion is only 14 pages long and does not raise overly complex issues. Finally, this case has been pending for nearly three years. To fulfill Fed. R. Civ. P. 1's requirement that there be a "speedy" resolution to civil actions, the Court instead orders the following schedule. Any opposition to the summary judgment motion shall be filed on or before October 24, 2024. Any reply shall be filed on or before November 14, 2024.

      SO ORDERED.

Dated: September 24, 2024
       New York, New York

                                                                        GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge