# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007



Glenn D. Miller
Edward Sivin*
David Roche
---------------

*also member of NJ Bar

May 20, 2025

Phone:  (212) 349-0300
Fax:      (212) 406-9462

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/20/25____

**Via ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 519
New York, NY 10007

Re: *Holmes v. City of New York, et al.*, 1:21-cv-10628
Request for Extension of Time to File Objections to R&R

Your Honor:

The undersigned represents Plaintiff in the above-referenced action. We write to respectfully request a two-week extension of time to file objections to Your Honor's Report and Recommendation (Docket # 95), dated May 20, 2025, from June 3, 2025 to June 17, 2025.

This is the first request for an extension of this deadline. The reason for this request is that we require additional time to thoroughly review the Report and Recommendation and research the legal issues addressed therein.

We have conferred with counsel for Defendants, who consents to this request. The requested extension would affect only the deadline for filing objections to the Report and Recommendation; no other scheduled dates would be affected by the extension.

Thank you for consideration.

Very truly yours,

SIVIN, MILLER & ROCHE LLP

s/ Edward Sivin
Attorneys for Plaintiff
Sivin, Miller & Roche LLP
20 Vesey Street, Suite 1400
New York, NY 10007
Telephone: (212) 349-0300
E-mail: esivin@sivinandmiller.com

cc: Counsel of Record (via ECF)

Application GRANTED.  The deadline to file objections to the Report & Recommendation is ADJOURNED to June 17, 2025.

SO ORDERED.    5/20/25

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE