UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STANLEY HOLMES                                          :

             Plaintiff,              :         ORDER

   -v.-                                                  :
                                                21 Civ. 10628 (VEC) (GWG)
CITY OF NEW YORK,                                       :

             Defendant.              :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      On or before September 29, 2025, the parties shall file the joint pre-trial order and other materials required by Section 8.D, 8.E, and 8.F of Judge Caproni's Individual Practices in Civil Cases.

      SO ORDERED.

Dated: September 8, 2025
       New York, New York

                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge